THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Ralph L. Jones,       
Appellant.
 
 
 

Appeal From Anderson County
J. C. Buddy Nicholson, Jr., Circuit Court Judge

Unpublished Opinion No. 2005-UP-169
Submitted March 1, 2005  Filed March 7, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Druanne Dykes White, of Anderson, for Respondent.
 
 
 

PER CURIAM:  Ralph Jones pled guilty to assault with intent to commit criminal sexual conduct in the first degree, indecent exposure, and possession of crack cocaine.  He was sentenced to concurrent sentences of twenty-three years for assault with intent to commit criminal sexual conduct; three years for indecent exposure; and five years for possession of crack cocaine.  Jones appeals, arguing his plea did not comply with the mandates set forth in Boykin v. Alabama, 395 U.S. 238 (1969).  On appeal, counsel for Jones has filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967), asserting that there are no meritorious grounds for appeal and requesting permission to withdraw from further representation.  Jones has not filed a pro se response.  
After a thorough review of the record pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED.[1]
 ANDERSON, BEATTY and SHORT, JJ., concur. 

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.